United States Bankruptcy Court
Southern District of Florida

In re:                                                                  Case No. 17-11733-JKO
Juan M. Gomez                                                           Chapter 11
       Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-0          User: banoovong          Page 1 of 1          Date Rcvd: Mar 14, 2017
                              Form ID: pdf004          Total Noticed: 7

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2017.
db             #+Juan M. Gomez,    900 S. North Lake Dr.,    Hollywood, FL 33019-1313
cr              +HSBC Bank USA, National Association,    c/o Steven G. Powrozek,
                  4630 Woodland Corporate Blvd.Suite 100,    Tampa, FL 33614-2429
cr              +JPMorgan Chase Bank,    c/o Leyza F. Blanco, Esq.,    GrayRobinson, P.A.,    333 SE 2nd Avenue,
                  Suite 3200,    Miami, FL 33131-2191
cr              +Nationstar Mortgage LLC,    c/o Steven G. Powrozek,    Shapiro, Fishman & Gache, LLP,
                  4630 Woodland Corporate Blvd.,    Suite 100,    Tampa, FL 33614-2429
cr              +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr              +US Bank, N.A., et. al,    P.O Box 19519,    Fort Lauderdale, FL 33318-0519
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
93944867        E-mail/Text: cio.bncmail@irs.gov Mar 15 2017 01:27:09      Internal Revenue Service,
                  Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                               TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 14, 2017 at the address(es) listed below:
              Joel S Wadsworth    on behalf of Debtor Juan M. Gomez thewadsworthfirm@outlook.com
              Leyza F. Blanco, Esq.    on behalf of Creditor   JPMorgan Chase Bank
               leyza.blanco@gray-robinson.com,
               jceide@gray-robinson.com;abaliu@gray-robinson.com;Ileana.Christianson@gray-robinson.com
              Mariam Zaki    on behalf of Creditor    US Bank, N.A., et. al mzaki@shdlegalgroup.com,
               southerndistrict@shdlegalgroup.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Steven G. Powrozek, Esq.    on behalf of Creditor    HSBC Bank USA, National Association
               spowrozek@logs.com,   electronicbankruptcynotices@logs.com
              Steven G. Powrozek, Esq.    on behalf of Creditor    Nationstar Mortgage LLC spowrozek@logs.com,
               electronicbankruptcynotices@logs.com
              Wanda D Murray    on behalf of Creditor    Nationstar Mortgage, LLC ecfflsb@aldridgepite.com,
               wmurray@ecf.inforuptcy.com
                                                                                               TOTAL: 7
```



**ORDERED in the Southern District of Florida on March 13, 2017.**

John K. Olson, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

          Case No.: **17-11733-JKO**

    **Juan M. Gomez,**

          Chapter   **11**

          Debtor.
_____/

**ORDER DIRECTING ATTORNEY JOEL S. WADSWORTH TO FILE MEDICAL INFORMATION UNDER SEAL, DENYING MOTION FOR CONTINUANCE OF § 341 MEETING OF CREDITORS [ECF 23] AND SETTING EMERGENCY MOTION TO WITHDRAW AS ATTORNEY OF RECORD [ECF 23] FOR <u>MARCH 21, 2017 AT 11:00 AM</u>**

    **THIS CASE** is before the Court upon Debtor's attorney Joel S. Wadsworth's Emergency Motion to Withdraw as Attorney of Record and for Continuance (the "Motion") [ECF 23], filed on March 10, 2017.  Upon consideration of the Motion, it is hereby **ORDERED** that:

1) Attorney Joel S. Wadsworth is **DIRECTED** to file details regarding his medical emergencies under seal by Friday March 17, 2017.  The clerk is directed to restrict access to that filing.

2) The Motion as it pertains to a continuance of the § 341 Meeting of Creditors scheduled for March 13, 2017, at 1:00 p.m. [ECF 6] is **DENIED**.

3) The Motion is hereby set for hearing on March 21, 2017, at 11:00 a.m. in Courtroom 301, 299 East Broward Blvd, Fort Lauderdale, FL 33301.  Attorney Joel S. Wadsworth may appear at that hearing, and all other hearings scheduled in this case scheduled for March 21, 2017, via court call.

# # #

<u>Copies to:</u>    All Parties in Interest