

**ORDERED in the Southern District of Florida on March 21, 2017.**

*[signature]*

**John K. Olson, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

                                  Case No.: **17-11733-JKO**

**Juan M. Gomez,**

                                  Chapter    11

            Debtor.
_____/

**ORDER GRANTING EMERGENCY MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND MOTION FOR CONTINUANCE [ECF 23] IN PART**

      **THIS CASE** came on before the Court for a hearing on March 21, 2017, upon Debtor's Attorney Joel S. Wadsworth's Emergency Motion to Withdraw as Attorney of Record and Motion for Continuance [ECF 23]. Upon consideration, and for the reasons stated on the record, it is hereby **ORDERED** that:

1) The Motion to Withdraw as Attorney of Record and Motion for Continuance [ECF 23] is **GRANTED IN PART** with respect to the withdrawal of Joel S. Wadsworth as attorney of record.

2) The Motion to Withdraw as Attorney of Record and Motion for Continuance [ECF 23] is **DENIED IN PART** with respect to any continuance of any applicable deadlines.

# # #

Copies to:    All Parties in Interest