United States Bankruptcy Court
Southern District of Florida

In re:                                                                          Case No. 17-11733-JKO
Juan M. Gomez                                                                   Chapter 11
     Debtor

## CERTIFICATE OF NOTICE

```
District/off: 113C-0           User: romeroc               Page 1 of 1                    Date Rcvd: Mar 20, 2017
                               Form ID: CGFCRD3            Total Noticed: 10
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2017.
db              #+Juan M. Gomez,    900 S. North Lake Dr.,    Hollywood, FL 33019-1313
smg              +Broward County Tax Collector,    115 S Andrews Ave,    Ft Lauderdale, FL 33301-1818
smg               Florida Department of Revenue,    POB 6668,    Tallahassee, FL 32314-6668
cr               +HSBC Bank USA, National Association,    c/o Steven G. Powrozek,
                  4630 Woodland Corporate Blvd.Suite 100,    Tampa, FL 33614-2429
cr               +JPMorgan Chase Bank,    c/o Leyza F. Blanco, Esq.,    GrayRobinson, P.A.,    333 SE 2nd Avenue,
                  Suite 3200,   Miami, FL 33131-2191
cr               +Nationstar Mortgage LLC,    c/o Steven G. Powrozek,    Shapiro, Fishman & Gache, LLP,
                  4630 Woodland Corporate Blvd.,    Suite 100,    Tampa, FL 33614-2429
cr               +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr               +US Bank, N.A., et. al,    P.O Box 19519,    Fort Lauderdale, FL 33318-0519
93962148         +HSBC Bank USA, National Association,    c/o Steven G. Powrozek,    Shapiro, Fishman & Gach, LLP,
                  4630 Woodland Corporate Blvd, Suite 100,    Tampa, FL 33614-2429
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: cio.bncmail@irs.gov Mar 21 2017 00:26:02     IRS,   POB 7346,
                  Philadelphia, PA  19101-7346
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
93944867*        Internal Revenue Service,    Centralized Insolvency Operation,    P.O. Box 7346,
                  Philadelphia, PA 19101-7346
                                                                                             TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2017 at the address(es) listed below:
              Joel S Wadsworth    on behalf of Debtor Juan M. Gomez thewadsworthfirm@outlook.com
              Leyza F. Blanco, Esq.    on behalf of Creditor    JPMorgan Chase Bank
               leyza.blanco@gray-robinson.com,
               jceide@gray-robinson.com;abaliu@gray-robinson.com;Ileana.Christianson@gray-robinson.com
              Mariam Zaki    on behalf of Creditor    US Bank, N.A., et. al mzaki@shdlegalgroup.com,
               southerndistrict@shdlegalgroup.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Steven G. Powrozek, Esq.    on behalf of Creditor    HSBC Bank USA, National Association
               spowrozek@logs.com,    electronicbankruptcynotices@logs.com
              Steven G. Powrozek, Esq.    on behalf of Creditor    Nationstar Mortgage LLC spowrozek@logs.com,
               electronicbankruptcynotices@logs.com
              Wanda D Murray    on behalf of Creditor    Nationstar Mortgage, LLC ecfflsb@aldridgepite.com,
               wmurray@ecf.inforuptcy.com
              Zana Michelle Scarlett    on behalf of U.S. Trustee    Office of the US Trustee
               Zana.M.Scarlett@usdoj.gov
                                                                                             TOTAL: 8
```

Form CGFCRD3  (12/1/15)

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

Case Number: 17–11733–JKO

Chapter: 11

**In re:**

Juan M. Gomez
900 S. North Lake Dr.
Hollywood, FL 33019

SSN: xxx–xx–0000

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that a hearing will be held on **March 21, 2017** at **11:00 AM** at the following location:

**U.S. Courthouse
299 E Broward Blvd #301
Ft Lauderdale FL 33301**

to consider the following:

**Expedited Motion to Dismiss Case , or in the alternative Motion to Convert Chapter 11 Case to Chapter 7 . [Fee Waived] Filed by U.S. Trustee Office of the US Trustee. (Scarlett, Zana) (30)**

**THIS MATTER HAS BEEN SET ON THE COURT'S MOTION CALENDAR FOR A NON–EVIDENTIARY HEARING. THE ALLOTTED TIME FOR THIS MATTER IS TEN MINUTES.**

**THE MOVANT (OR MOVANT'S COUNSEL if represented by an attorney) SHALL SERVE A COPY OF THIS NOTICE OF HEARING** and, unless previously served, the above–described pleading on all required parties within the time frames required by the Bankruptcy Rules, Local Rules, or orders of the Court, and shall file a certificate of service as required under Local Rules 2002–1(F) and 9073–1(B). Any party who fails to properly serve any pleadings or other paper may be denied the opportunity to be heard thereon.

**PLEASE NOTE:** Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), iPads, tablets, pagers, personal data assistants (PDA), laptop computers, radios, tape–recorders, etc., **are not permitted** in the courtroom, chambers or other environs of this court. These restrictions **(except for cameras not integrated into a cell phone device)** do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. **No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshal's Service. See Local Rule 5072–2.**

Dated: <u>3/20/17</u>

**CLERK OF COURT**
By: <u>Christina Romero</u>
Courtroom Deputy