

**ORDERED in the Southern District of Florida on March 23, 2017.**

_John K. Olson, Judge_
_United States Bankruptcy Court_

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

In re:                                                                                         Case No.: 17-11733-JKO

JUAN M. GOMEZ,                                                                   Chapter 11

        Debtor.
_____/

### ORDER GRANTING EXPEDITED MOTION OF JPMORGAN CHASE BANK, N.A. FOR ENTRY OF AN ORDER GRANTING STAY RELIEF

THIS CAUSE came before the Court on March 21, 2017 at 11:00 a.m. upon motion of JPMorgan Chase Bank, N.A., as Successor to Washington Mutual Bank ("JPMC"), as title holder of certain real property located in Broward County, Florida, for entry of an order granting JPMC stay relief pursuant to sections 362(d)(1), (d)(2) and (d)(4) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "**Bankruptcy Code**") (the "**Motion**") [DE 19].

The Court having reviewed the Motion and the record in this case and having heard arguments of counsel, **FINDS** that the filing of this proceeding was part of a scheme of multiple bankruptcy filings intended to delay and hinder JPMC's rights of enforcement against the Property, as defined below.  The Court further finds that the filing of this proceeding was an

abuse of the bankruptcy system with no consideration of its impact on creditors or parties in interest. Under the factual circumstances of this case, the Court finds cause exists to eliminate the stay of execution of this Order as provided in Fed. R. Bankr. P. 4001(a)(3) because JPMC will suffer continued harm if the effects of this Order are stayed.

Thus, the Court **ORDERS:**

    1.    The Motion [DE 19] is **GRANTED** in its entirety.

    2.    Effective immediately, JPMC is granted complete relief from the automatic stay pursuant to 11 U.S.C. §§ 362(d)(1) and (2) to enforce all of its rights *in rem*, including but not limited to the rights of possession and sale, with respect to that certain real property located at 900 South North Lake Drive, Hollywood, FL 33019, which legal description is attached hereto as Exhibit "A" (the "**Property**").

    3.    JPMC is further granted relief from stay pursuant to 11 U.S.C. §§ 362(d)(4). If recorded in compliance with applicable State laws governing notices of interests or liens on real property, this Order shall be binding in any other case under title 11 of the United States Code purporting to affect the **Property** as more fully described in Exhibit "A" attached hereto, filed not later than 2 years after the date of entry of this Order. Any Federal, State, or local governmental unit that accepts notices of interest or liens on real property shall accept any certified copy of this Order for indexing and recording.

    4.    This relief granted herein is effective immediately and shall not be stayed pursuant to Fed. R. Bank. P. 4001(a)(3).

# # #

Submitted by:
Leyza F. Blanco, Esq.

Copies furnished to:

Leyza F. Blanco, Esq.
GrayRobinson, P.A.
333 SE 2nd Avenue, Suite 3200
Miami, FL 33131
Leyza.Blanco@gray-robinson.com
Telephone:    (305) 416-6880
Facsimile:     (305) 416-6887

*(Attorney Blanco is directed to serve a conformed copy of the foregoing upon all interested parties and file a Certificate of Service with this Court)*

# EXHIBIT "A"

LOTS 16-17-18, BLOCK 65, HOLLYWOOD LAKES SECTION, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 1, PAGE 32, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA, LESS THE SOUTH 30.0 FEET THEREOF FOR ROAD RIGHT-OF-WAY; ALSO THAT TRACT OF LAND DESCRIBED AS FOLLOWS: BEING ALL THAT PARCEL OF LAND DESCRIBED AND BOUNDED AS FOLLOWS: BEING A PART OF TAYLOR STREET, AND A PART OF BLOCK 70, HOLLYWOOD LAKES SECTION, BOUNDED ON THE SOUTH BY THE NORTH LINE OF LOT 16, 17 AND 18, BLOCK 65, HOLLYWOOD LAKES SECTION: ON THE NORTH BY BLOCK 71, OTHERWISE DESCRIBED AS NORTH LAKE OF SAID SUBDIVISION; ON THE EAST BY THE EAST LINE OF LOT 16, BLOCK 65, EXTENDED IN A NORTHERLY DIRECTION, AND ON THE WEST BY THE WEST LINE OF LOT 18, BLOCK 65, EXTENDED IN A NORTHERLY DIRECTION AS SHOWN ON THE PLAT OF HOLLYWOOD LAKES SECTION, RECORDED IN PLAT BOOK 1, PAGE 32, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA, BEING ALL THAT PARCEL OF LAND LYING NORTH OF LOTS 16, 17 AND 18, BLOCK 65, OF HOLLYWOOD LAKES SECTION EXTENDING TO THE NORTH LAKE IN SAID SUBDIVISION; ALSO ALL THAT PARCEL OF LAND DESCRIBED AND BOUNDED AS FOLLOWS: BEING PARTS OF TAYLOR STREET, 13TH AVENUE (NOW 9TH AVENUE) AND BLOCK 70, OF HOLLYWOOD LAKES SECTION, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 1, PAGE 32, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA, BOUNDED ON THE SOUTH BY A LINE 104.50-FEET SOUTH OF THE NORTHEAST CORNER OF LOT 16, BLOCK 65 OF SAID HOLLYWOOD LAKES
SECTION, EXTENDED EASTERLY PARALLEL TO THE NORTH LINE OF SAID BLOCK 65 TO BLOCK 71, (NORTH LAKE) OF SAID HOLLYWOOD LAKES SECTION: ON THE EAST BY BLOCK 71 OF SAID HOLLYWOOD LAKES SECTION: ON THE NORTH BY SAID BLOCK 71 OF HOLLYWOOD LAKES SECTION: AND ON THE WEST BY THE EAST LINE OF SAID LOT 16, IN BLOCK 65, AND AN EXTENSION OF SAID LINE NORTH TO BLOCK 71 OF HOLLYWOOD LAKES SECTION.