United States Bankruptcy Court
Southern District of Florida

In re:                                                          Case No. 17-11733-JKO
Juan M. Gomez                                                   Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-0         User: banoovong        Page 1 of 1        Date Rcvd: Mar 22, 2017
                            Form ID: pdf004         Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2017.
db          #+Juan M. Gomez,    900 S. North Lake Dr.,    Hollywood, FL 33019-1313
cr           +HSBC Bank USA, National Association,    c/o Steven G. Powrozek,
              4630 Woodland Corporate Blvd.Suite 100,    Tampa, FL 33614-2429
cr           +JPMorgan Chase Bank,    c/o Leyza F. Blanco, Esq.,    GrayRobinson, P.A.,    333 SE 2nd Avenue,
              Suite 3200,    Miami, FL 33131-2191
cr           +Nationstar Mortgage LLC,    c/o Steven G. Powrozek,    Shapiro, Fishman & Gache, LLP,
              4630 Woodland Corporate Blvd.,    Suite 100,    Tampa, FL 33614-2429
cr           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr           +US Bank, N.A., et. al,    P.O Box 19519,    Fort Lauderdale, FL 33318-0519
93962148     +HSBC Bank USA, National Association,    c/o Steven G. Powrozek,    Shapiro, Fishman & Gach, LLP,
              4630 Woodland Corporate Blvd, Suite 100,    Tampa, FL 33614-2429

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
93944867        E-mail/Text: cio.bncmail@irs.gov Mar 23 2017 00:12:02       Internal Revenue Service,
                Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                          TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2017 at the address(es) listed below:
          Joel S Wadsworth   on behalf of Debtor Juan M. Gomez thewadsworthfirm@outlook.com
          Leyza F. Blanco, Esq.   on behalf of Creditor   JPMorgan Chase Bank
          leyza.blanco@gray-robinson.com,
          jceide@gray-robinson.com;abaliu@gray-robinson.com;Ileana.Christianson@gray-robinson.com
          Mariam  Zaki    on behalf of Creditor   US Bank, N.A., et. al mzaki@shdlegalgroup.com,
          southerndistrict@shdlegalgroup.com
          Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
          Steven G. Powrozek, Esq.   on behalf of Creditor   HSBC Bank USA, National Association
          spowrozek@logs.com,   electronicbankruptcynotices@logs.com
          Steven G. Powrozek, Esq.   on behalf of Creditor   Nationstar Mortgage LLC spowrozek@logs.com,
          electronicbankruptcynotices@logs.com
          Wanda D Murray   on behalf of Creditor   Nationstar Mortgage, LLC ecfflsb@aldridgepite.com,
          wmurray@ecf.inforuptcy.com
          Zana Michelle Scarlett   on behalf of U.S. Trustee   Office of the US Trustee
          Zana.M.Scarlett@usdoj.gov
                                                                        TOTAL: 8



**ORDERED in the Southern District of Florida on March 21, 2017.**

**John K. Olson, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:

                                          Case No.: **17-11733-JKO**

     **Juan M. Gomez,**

                                          Chapter   **11**

                    Debtor.

_____/

**ORDER GRANTING EMERGENCY MOTION TO WITHDRAW AS ATTORNEY OF**
**RECORD AND MOTION FOR CONTINUANCE [ECF 23] IN PART**

     **THIS CASE** came on before the Court for a hearing on March 21, 2017, upon Debtor's

Attorney Joel S. Wadsworth's Emergency Motion to Withdraw as Attorney of Record and Motion

for Continuance [ECF 23].   Upon consideration, and for the reasons stated on the record, it is

hereby **ORDERED** that:

    1)   The Motion to Withdraw as Attorney of Record and Motion for Continuance [ECF 23]

           is **GRANTED IN PART** with respect to the withdrawal of Joel S. Wadsworth as

           attorney of record.

2) The Motion to Withdraw as Attorney of Record and Motion for Continuance [ECF 23]

is **DENIED IN PART** with respect to any continuance of any applicable deadlines.

# # #

Copies to:        All Parties in Interest

2