UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                          Case No.: 17-11733-BKC-JKO

JUAN M. GOMEZ,                                  Chapter 11

        Debtor.

_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the following:

1. **ORDER GRANTING EXPEDITED MOTION OF JPMORGAN CHASE BANK, N.A. FOR ENTRY OF AN ORDER GRANTING STAY RELIEF [DE 35]**, dated March 23, 2017

has been served on the 23rd day of March, 2017 upon all interested parties registered to receive notice via this Court's CM/ECF electronic notification system and on the 27th day of March, 2017 via First Class U.S. Mail upon Juan M. Gomez, Debtor, 900 S. North Lake Drive, Hollywood, FL 33019, Juan M. Gomez, c/o Joel S. Wadsworth, Esq, 2625 Piedmont Road, #56-304, Atlanta, GA 30324 and the U.S. Trustee, Office of the US Trustee, 51 SW 1st Avenue, suite 1204, Miami, FL 33130.

Date: March 27, 2017

Respectfully submitted,
GRAYROBINSON, P.A.
333 S.E. 2nd Avenue, Suite 3200
Miami, FL 33131
Leyza.Blanco@gray-robinson.com
Telephone:    (305) 416-6880
Facsimile:    (305) 416-6887

By: _/s/ Leyza F. Blanco_
    Leyza F. Blanco
    Florida Bar No.: 104639